IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RICHARD RADER, BRADLEY SNYDER, ROBERT CLEMENS, AND STEVEN HOLLOWAY,<br><br>Plaintiffs,<br><br>v.<br><br>DENSO MANUFACTURING TENNESSEE, INC.,<br><br>Defendant. | Case No. 3:22-cv-00398-CLC-DCP<br><br>Judge District Judge Curtis L. Collier<br>Magistrate Judge Debra C. Poplin |

## STIPULATION OF DISMISSAL

As evidenced by the signatures of counsel below, the parties have agreed to a compromise with regard to the above-captioned matter and further agree that such matter should be dismissed from this Court with prejudice as to all parties, each party bearing their own attorneys' fees, costs and expenses.

Submitted this 23rd day of February 2024.

Respectfully submitted,

/s/ Daniel Arciniegas (with permission by Keith D. Frazier)
Daniel Arciniegas, TN Bar No. 35853
Arciniegas Law
1242 Old Hillsboro Road
The Atrium Building
Franklin, TN 37069
Telephone: 629-777-5339
Facsimile: 615-988-9113
Daniel@AttorneyDaniel.com

David Weatherman, TN Bar No. 29446
The Weatherman Firm, PLLC
1242 Old Hillsboro Road
Franklin, TN 37069
Telephone: 615-538-7555
david@theweathermanfirm.com

Gregory O. Wiggins
(admitted *pro hac vice*)
Wiggins, Childs, Pantazis,
Fisher & Goldfarb LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
gwiggins@wigginschilds.com

Attorneys for Plaintiffs Richard Rader, Bradley Snyder, Robert Clemens, and Steven Holloway

/s/ Keith D. Frazier
Keith D. Frazier, TN #012413
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Truist Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615-254-1900
Facsimile: 615-254-1908
keith.frazier@ogletreedeakins.com

Luci L. Nelson, TN #036354
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The Ogletree Building
300 North Main Street, Suite 500
Greenville, SC 29601
Telephone: 864-271-1300
Facsimile: 864-235-8806
luci.nelson@ogletreedeakins.com

Attorneys for Defendant DENSO Manufacturing Tennessee, Inc.

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 23, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Daniel Arciniegas, Esq.
Arciniegas Law
1242 Old Hillsboro Road
The Atrium Building
Franklin, TN 37069
Daniel@AttorneyDaniel.com

David Weatherman, Esq.
The Weatherman Firm, PLLC
1242 Old Hillsboro Road
Franklin, TN 37069
david@theweathermanfirm.com

Gregory O. Wiggins, Esq.
Wiggins, Childs, Pantazis, Fisher & Goldfarb LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
gwiggins@wigginschilds.com

Attorneys for Plaintiffs

                                      /s/ Keith D. Frazier

60844644.v2-OGLETREE